IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Sastrom,<br><br>        Plaintiff,<br><br>v.<br><br>Joshua Felix, et al.,<br><br>        Defendants. | NO. CV-23-00115-TUC-JCH (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 21, 2023, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

June 13, 2023

                                   Debra D. Lucas
                                   District Court Executive/Clerk of Court

                                   s/ M. Espinoza
                          By  Deputy Clerk